IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Dewayne Jackson,                                    :

                          Petitioner               :        Case No. 2:04-cr-00144

      v.                                            :        Judge Graham

United States of America,                           :        Magistrate Judge Abel

                          Respondent               :


# ORDER

      This matter is before the Magistrate Judge on petitioner Jackson's January 7, 2013

letter to the Court regarding the status of his October 2011 motion for reconsideration.

The Court never received a copy of his October 2011 motion for reconsideration.

Petitioner may re-submit a copy of his motion.


                                        s/Mark R. Abel
                                        United States Magistrate Judge